| | |
|---|---|
| SEYFARTH SHAW LLP<br>Pamela Q. Devata (pending *pro hac vice*)<br>pdevata@seyfarth.com<br>John W. Drury (*pro hac vice* pending)<br>jdrury@seyfarth.com<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Telephone:   (312) 460-5000<br>Facsimile:    (312) 460-7000 | ERIKA HEATH, ATTORNEY AT LAW<br>Erika A. Heath (SBN 304683)<br>erika@heathlegal.com<br>369 Pine Street, Suite 410<br>San Francisco, CA  94104<br>Telephone: (415) 426-7850<br><br>Attorneys for Plaintiff<br>ANTWAN LOVE |

SEYFARTH SHAW LLP
Eric E. Suits (SBN 232762)
esuits@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:   (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendant
CHECKR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWAN LOVE,<br><br>            Plaintiff,<br><br>    v.<br><br>CHECKR, INC.,<br><br>            Defendant. | Case No. 3:19-cv-07730-JCS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 4(a)(1), Plaintiff Antwan Love and Defendant Checkr, Inc. hereby stipulate and agree that this matter shall be dismissed with prejudice. Each party will bear its own expenses, costs, and attorneys' fees.

Respectfully submitted,

DATED: January 23, 2020 **SEYFARTH SHAW LLP**

By: /s/ Eric E. Suits
Pamela Q. Devata
John W. Drury
Eric E. Suits

Attorneys for Defendant
CHECKR, INC.

DATED: January 23, 2020 **ERIKA HEATH, ATTORNEY AT LAW**

By: */s/ Erika A. Heath*
Erika A. Heath

Attorneys for Plaintiff
ANTWAN LOVE

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that all parties have concurred in the filing of this Joint Stipulation of Dismissal With Prejudice.

<u>Eric E. Suits</u>

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

61309866v.1